# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CARLOS A. ATCHISON, | : |
| Plaintiff, | : |
| vs. | :  CA 14-00053-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : |
| Defendant. | : |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying the Plaintiff benefits be affirmed.

**DONE** this the 24th day of September 2015.

 s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**